UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>    v.<br><br>JOHN T. SESSIONS,<br><br>            Respondent. | Case No. C12-122-TSZ<br><br>**ORDER ENFORCING IRS SUMMONS** |

The Court, after careful consideration of the petitioner's Petition to Enforce IRS Summons (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 15, and the balance of the record, does hereby find and **ORDER**:

(1) The Report and Recommendation is adopted in part and modified in part;

(2) The Court does not adopt that portion of the Report and Recommendation that the parties be ordered to appear before Judge Zilly (conclusion 4) or that the testimony of Mr. Sessions be presided over by Judge Zilly (conclusion 5);

(3) The government's petition to enforce the IRS summons against Mr. Sessions is **GRANTED**;

(4) Mr. Sessions is directed to comply with the summons no later than December 1, 2012; and

ORDER ENFORCING IRS SUMMONS- 1

(5)   The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 25th day of September, 2012.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER ENFORCING IRS SUMMONS- 2